# Third District Court of Appeal

## State of Florida

Opinion filed January 10, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0877
Lower Tribunal No. 18-2477
_____

**BeCruising Telecom, LLC,**
Appellant,

vs.

**Palau Sunset Harbor Condominium Association, Inc., et al.,**
Appellees.


An Appeal from the Circuit Court for Miami-Dade County, Gina Beovides, Judge.

Inger M. Garcia (Davie); Eric J. Cvelbar, for appellant.

Akerman LLP, and Alexandra M. Mora, and Alejandro J. Paz; Cole, Scott & Kissane, P.A., and Kurt T. Koehler (Jacksonville), for appellees.


Before EMAS, HENDON and BOKOR, JJ.

PER CURIAM.

Affirmed. See Sunset Harbour Condo. Ass'n v. Robbins, 914 So. 2d 925, 928 (Fla. 2005) ("In order to be preserved for further review by a higher court, an issue must be presented to the lower court and the specific legal argument or ground to be argued on appeal or review must be part of that presentation if it is to be considered preserved."); Chiu v. Wells Fargo Bank, N.A., 242 So. 3d 461, 463 (Fla. 3d DCA 2018) ("Generally, in order to raise an issue on appeal, it must be presented to the trial court, and the specific legal argument or ground to be argued on appeal must be part of that presentation.") (quotation omitted). See also Gen. Tool Indus., Inc. v. Premier Mach., Inc., 790 So. 2d 449, 452 (Fla. 3d DCA 2001) (enforcing limitation of liability clause which barred recovery for "incidental or consequential damages for lost profits").